FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 25 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIANE THOMPSON | Criminal Information<br><br>No. 1:24-cr-0112 |

THE UNITED STATES ATTORNEY CHARGES THAT:

Count One
(*Aid and Assist the Preparation of a False Tax Return*)
26 U.S.C. § 7206(2)

On or about July 23, 2021, in the Northern District of Georgia, the defendant, DIANE THOMPSON, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, for taxpayers S.W. and D.W. for the tax year 2020. The return was false and fraudulent as to a material matter, in that it represented that the taxpayers were entitled under the provisions of the Internal Revenue Service laws to claim a deduction for gifts to charity on Schedule A, line 14, in the amount of $32,856.00, whereas, as defendant THOMPSON then and there knew, the taxpayers were not entitled to claim this deduction in that amount.

All in violation of Title 26, United States Code, Section 7206(2).

RYAN K. BUCHANAN
*United States Attorney*


BRIAN M. PEARCE
*Assistant United States Attorney*
Georgia Bar No. 568768

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2